13CV4995
Judge Coleman
Mag. Judge Mason

IGANTS
ICT OF ILLINOIS

Information entered on this form is required for any person filing a case in this court as a pro se party (that is, without an attorney).

NAME: **Michael Todd**
(Please print)

STREET ADDRESS: **9134 Del Prado Dr., 2N**

CITY/STATE/ZIP: **Palos Hills, IL 60465**

PHONE NUMBER: **708-576-8156**

CASE NUMBER: _____

*FILED JUL 12 2013 THOMAS G. BRUTON CLERK, U.S. DISTRICT COURT*

_____  7-12-13
Signature                 Date

**REQUEST TO RECEIVE NOTICE THROUGH E-MAIL**

If you check the box below and provide an e-mail address in the space provided, you will receive notice via e-mail. By checking the box and providing an e-mail address, under Federal Rule of Civil Procedure 5(b)2(E) you are waiving your right to receive a paper copy of documents filed electronically in this case. You should not provide an e-mail address if you do not check it frequently.

 I request to be sent notices from the court via e-mail. I understand that by making this request, I am waiving the right to receive a paper copy of any electronically filed document in this case. I understand that if my e-mail address changes I must promptly notify the Court in writing.

**mtodd75682@aol.com**
E-Mail Address