**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| MICHAEL TODD, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>AGR GROUP, INC., )<br>)<br>Defendant. ) | No. 13-cv-4995<br><br>Judge Sharon Johnson Coleman |

**DEFENDANT'S MOTION FOR EXTENSION OF TIME
TO ANSWER OR OTHERWISE PLEAD**

Defendant, AGR Group, Inc. ("AGR"), by its attorneys David S. Wayne and Elizabeth A. Thompson (Arnstein & Lehr LLP, *of counsel*), pursuant to Federal Rule of Civil Procedure 6(b), moves for an extension of time until August 30, 2013 to answer or otherwise plead to Plaintiff's Complaint and in support states:

1. The Complaint in this matter was filed on July 12, 2013. (Dkt. 1). Thereafter, summons was served on July 15, 2013 on AGR and an answer or other responsive pleading was due on August 5, 2013. (Dkt. 6). AGR, however, was not aware until August 8, 2013 that it had been served with summons in this lawsuit.

2. Furthermore, the undersigned counsel for AGR was only recently retained and requires time to adequately research the factual and legal allegations in the Complaint before a response can be filed. Therefore, AGR requests an additional 21 days to file its responsive pleading to Plaintiff's Complaint.

3. On August 8, 2013, Plaintiff Michael Todd filed a "Request for Clerk of the Court to Enter Default." In light of the foregoing, AGR also requests that this request be denied and AGR be given time to answer or otherwise plead.

4. AGR has not requested any other extensions of time to answer or otherwise plead and no trial date has been set. Thus, this matter will not be unduly delayed if this request is granted.

5. If this request is granted, AGR will file its answer or other response to the Complaint on or before August 30, 2013.

WHEREFORE, AGR Group Inc. requests that this Court grant its motion for an extension of time until August 30, 2013 to answer or otherwise plead to Plaintiff's Complaint, deny Plaintiff's Request for Clerk of the Court to Enter Default, and enter such other relief as is just and equitable.

Respectfully submitted

AGR Group, Inc.,

By: /s/ Elizabeth A. Thompson
One of its attorneys

Hal R. Morris
Elizabeth A. Thompson
Arnstein & Lehr LLP, *of counsel*
120 South Riverside Plaza
Suite 1200
Chicago, Illinois 60606
312.876.7100
11138677.1

**Certificate of Service**

    The undersigned, an attorney, certifies that she caused the foregoing Motion for Extension of Time to Answer or Otherwise Plead to be served by electronic mail, pursuant to the election to receive notice of filings through e-mail, on Michael Todd, at mtodd75682@aol.com, and that she electronically filed the same with the Clerk of Court by using the CM/ECF system, which sent notification of such filing to all parties of record, on or before 5:00 p.m. on August 9, 2013.

                                            /s/ Elizabeth A. Thompson