# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| MICHAEL TODD ) | |
| ) | Case No.: 13-cv-4995 |
| Plaintiff ) | |
| ) | Judge Coleman |
| v. ) | |
| ) | Magistrate Judge Mason |
| AGR GROUP, INC. ) | |
| ) | |
| Defendant ) | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Michael Todd and Defendant AGR Group, Inc., all the parties who have appeared in this action, hereby stipulate pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) to the dismissal of this action, and all claims asserted herein, with prejudice.

_____/s/ Michael Todd_____
Michael Todd, Plaintiff, *pro se*
9134 Del Prado Dr., 2N
Palos Hills, IL 60465
(708) 576-8156
Mtodd75682@aol.com

**PLAINTIFF MICHAEL TODD**

{00260718;v1}

_____/s/_____
Karen A. Doner, Esq. (admitted *pro hac vice*)
Mitchell N. Roth (admitted *pro hac vice*)
Roth Doner Jackson, PLC
8200 Greensboro Dr., Suite 820
McLean, VA  22102
(703) 485-3535
(703) 485-3525 (fax)
kdoner@rothdonerjackson.com
mroth@rothdonerjackson.com

and

David S. Wayne, Esq.
Arnstein & Lehr, LLP
120 South Riverside Plaza, Suite 1200
Chicago, IL 60606
(312) 876-7100
dwayne@arnstein.com

**ATTORNEYS FOR DEFENDANT, AGR GROUP, INC.**